| U.S. Department of Justice Executive Office for United States Attorneys U.S. Attorneys | 18-CR-62 | |
|---|---|---|
| **Name of Defendant:** Brian Ganos | | **Address: City, State and Zip Code:** Muskego, WI 53150 |
| **Date of Birth:** xx-xx-1960 | | **Occupation:** |
| **Name of Defendant's Attorney:** Steven Hurley Dean Strang | | **Address of Defendant's Attorney:** |
| **Name of U.S. Attorney:** Matthew D. Krueger and Zachary Corey | | |
| Has warrant been issued? ☐ YES ☒ NO | When? | By Whom? |
| Has warrant been executed? ☐ YES ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate? ☐ YES ☒ NO | When? | Who? |
| Is the defendant in custody? ☐ YES ☒ NO | Where? | |

Pretrial Scheduling Conference Necessary? ☒ YES ☐ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒  Green Bay Case ☐  County: Milwaukee

| Minor Offense |
|---|
| Petty Offense |
| Arraignment & plea before:   Judge:   Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

**THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN**

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 6/2004-8/2016 | Conspiracy to commit wire fraud, 18 U.S.C. § 1349 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |
| 2-5 | 8/19/2013-1/12/2016 | Wire fraud, 18 U.S.C. §§ 1343, 2 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |
| 6-9 | 5/7/2014-1/8/2016 | Wire fraud, 18 U.S.C. §§ 1343, 2 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |
| 10-11 | 4/29/2015-12/11/2015 | Mail fraud, 18 U.S.C. §§ 1341, 2 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |
| 12 | 1/2007-8/2016 | Money laundering conspiracy, 18 U.S.C. § 1956(h) | 20 yrs., $500,000 fine or twice value of property |
| 13-15 | 4/11/2014-7/29/2015 | Concealment money laundering conspiracy, 18 U.S.C. § 1956(a)(1)(B)(i), 2 | 20 yrs., $500,000 fine or twice value of property |
| 16-22 | 1/8/15 – 5/24/16 | Unlawful Financial Transactions, 18 U.S.C. 1957 and 2 | 10 yrs. |

**Agency/Agent:** FBI
**OCDETF:** ☐YES  ☒NO

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

# 18-CR-62

| Name of Defendant: | Address: City, State and Zip Code: |
|---|---|
| Mark Spindler | Menomonee Falls, WI 53051 |
| Date of Birth: | Occupation: |
| xx-xx-1962 | |
| Name of Defendant's Attorney: | Address of Defendant's Attorney: |
| Brian Fahl | Kravitt, Hovel & Krawcyk, S.C.<br>825 N. Jefferson St.<br>Milwaukee, WI 53202 |

Name of U.S. Attorney:

Matthew D. Krueger and Zachary Corey

| Has warrant been issued? | When? | By Whom? |
|---|---|---|
| ☐ YES  ☒ NO | | |

| Has warrant been executed? | When? | Where? |
|---|---|---|
| ☐ YES  ☒ NO | | |

| Has defendant appeared before a Magistrate? | When? | Who? |
|---|---|---|
| ☐ YES  ☒ NO | | |

| Is the defendant in custody? | Where? |
|---|---|
| ☐ YES  ☒ NO | |

Pretrial Scheduling Conference Necessary?  ☒ YES   ☐ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Milwaukee

Minor Offense

Petty Offense

Arraignment & plea before:     Judge:     Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 6/2004-8/2016 | Conspiracy to commit wire fraud, 18 U.S.C. § 1349 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |

**Agency/Agent: FBI**

**OCDETF: ☐ YES   ☒ NO**

**18-CR-62**

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Sonag Company, Inc. | Address: City, State and Zip Code: |
|---|---|
| Name of Defendant's Attorney: | Address of Defendant's Attorney: |

Name of U.S. Attorney: Matthew D. Krueger and Zachary Corey

Has warrant been issued? When? By Whom?
☐ YES  ☒ NO

Has warrant been executed? When? Where?
☐ YES  ☒ NO

Has defendant appeared before a Magistrate? When? Who?
☐ YES  ☒ NO

Is the defendant in custody? Where?
☐ YES  ☒ NO

Pretrial Scheduling Conference Necessary?  ☒ YES   ☐ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Milwaukee

Minor Offense
Petty Offense

Arraignment & plea before:   Judge:   Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1 | 6/2004–8/2016 | Conspiracy to commit wire fraud, 18 U.S.C. § 1349 | 20 yrs., $250,000 fine for individuals; $500,000 or twice the gross gain/loss for corporations. |
| 12 | 1/2007–8/2016 | Money laundering conspiracy, 18 U.S.C. § 1956(h) | 20 yrs., $500,000 fine or twice value of property |

**Agency/Agent:** FBI
**OCDETF:** ☐ YES   ☒ NO